# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS2 | 9267198 | MCGRATH | 4600 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 07/25/2020 1000 | 18 USC 1382 |

Place of Offense: A ST, CAMP PENDLETON CA 92055 (21 AREA)

Offense Description: Factual Basis for Charge — HAZMAT ☐
TRESPASSING ON MARITIME INSTALLATION

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| MALSCH | DAVID | R |

Street Address: [redacted]

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$20 — $0 $22.42 Forfeiture Amount
+$30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 221 W BROADWAY ST, SAN DIEGO, CA, 92101

Date: —
Time: —

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: REFUSED TO SIGN

Original - CVB Copy

02242     *9267198*     ENC 1

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 25 JULY, 2020 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

(SEE ATTATCHED NARRATIVE)

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/25/2020   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident